# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALRIGHT CLAIMS GMBH, | ) |
| Plaintiff, | ) C.A. No. |
| | ) |
| | ) Removed from: |
| v. | ) |
| | ) The Superior Court of the State of Delaware |
| BURFORD GERMAN FUNDING LLC, | ) |
| | ) |
| | ) C.A. No. N24C-06-263 SKR CCLD |
| Defendant. | ) |

## BURFORD GERMAN FUNDING LLC'S
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Burford German Funding LLC ("BGF") states that it is jointly owned by: Burford Capital LLC, German Litigation Solutions LLC ("GLS"), and Pill Beteiligungen UG (haftungsbeschränkt). No publicly held corporation owns 10% or more of BGF's stock.

Burford Capital LLC is owned by Burford Capital Holdings (UK) Limited which is owned by Ollivets Investments Limited and Burford Capital Limited, a publicly traded company. Ollivets Investments Limited is owned by Burford Capital Limited, a publicly traded company. No publicly held corporation owns 10% or more of Burford Capital Limited's stock.

GLS is wholly owned by Hausfeld LLP and Hausfeld & Co. LLP. The

owners of Hausfeld LLP are: Katie Beran; Swathi Bojedla; Melinda Coolidge; Reena Gambhir; Nathaniel Giddings; Sathya Gosselin; Michael Hausfeld; Megan Jones; Walter Kelley; Christopher Lebsock; Michael Lehmann; Scott Martin; Anthony Maton; James Pizzirusso; Brian Ratner; Hilary Scherrer; and Gary Smith.

The owners of Hausfeld & Co. LLP are: Ned Beale; Nicola Boyle; Andrew Bullion; Scott Campbell; Lianne Craig; Lesley Hannah; Michael Hausfeld; Anthony Maton; John McElroy; and Brian Ratner.

Pill Beteiligungen UG (haftungsbeschränkt) is owned by Bernd Pill.

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Derek T. Ho<br>Minsuk Han<br>Travis G. Edwards<br>Eliana Margo Pfeffer<br>Dustin G. Graber<br>KELLOGG, HANSEN, TODD, FIGEL<br>  & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br> (202) 326-7900<br>dho@kellogghansen.com<br>mhan@kellogghansen.com<br>tedwards@kellogghansen.com<br>epfeffer@kellogghansen.com<br>dgraber@kellogghansen.com | /s/ Anne Shea Gaza<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>enorman@ycst.com<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Burford German Funding LLC* |

Dated: August 9, 2024