# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALRIGHT CLAIMS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>BURFORD GERMAN FUNDING LLC,<br><br>Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 24-929-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY FURTHER PROCEEDINGS PENDING ARBITRATION

Defendant Burford German Funding LLC hereby moves this Honorable Court for an Order in the form submitted herewith, compelling arbitration of Plaintiff financialright claims GmbH's claims, and staying the above-captioned action pending arbitration.

The bases for this motion are set forth in the accompanying Opening Brief in support of this motion.

Dated: December 20, 2024

| OF COUNSEL: | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
|---|---|
| Derek T. Ho<br>Minsuk Han<br>Travis G. Edwards<br>Eliana Margo Pfeffer<br>Dustin G. Graber<br>KELLOGG, HANSEN, TODD, | /s/ Anne Shea Gaza<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street |

FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mhan@kellogghansen.com
tedwards@kellogghansen.com
epfeffer@kellogghansen.com
dgraber@kellogghansen.com

Wilmington, Delaware 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINANCIALRIGHT CLAIMS GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-929-CFC |
| v. | ) | |
| | ) | |
| BURFORD GERMAN FUNDING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Defendant Burford German Funding LLC's Motion to Compel Arbitration and to Stay Further Proceedings Pending Arbitration is GRANTED.

 

_____
Honorable Colm F. Connolly
Chief, United States District Court Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALRIGHT CLAIMS GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-929-CFC |
| v. | ) |
| | ) |
| BURFORD GERMAN FUNDING LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**LOCAL RULE 7.1.1 CERTIFICATION**

Counsel for Defendant Burford German Funding LLC certifies that a reasonable effort was made to reach agreement with Plaintiff financialright claims GmbH regarding the matters set forth in Burford's Motion to Compel Arbitration, including oral communication involving Delaware counsel for all parties, but no agreement was reached.

Dated: December 20, 2024

                                                YOUNG CONAWAY STARGATT
                                                   & TAYLOR, LLP

                                            */s/ Anne Shea Gaza*
                                            Elena C. Norman (No. 4780)
                                            Anne Shea Gaza (No. 4093)
                                            Samantha G. Wilson (No. 5816)
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            (302) 571-6600
                                            enorman@ycst.com

agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2024, I caused copies of the foregoing documents to be served upon the counsel listed below in the manner indicated:

**BY EMAIL:**

Matthew E. Fischer
Jacqueline A. Rogers
Charles R. Hallinan
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
mfischer@potteranderson.com
jrogers@potteranderson.com
challinan@pottteranderson.com

Jeffrey A. Rosenthal
Lina Bensman
Patrick Swiber
Nicholas Maisel
Maria E. Manghi
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com
lbensman@cgsh.com
pswiber@cgsh.com
nmaisel@cgsh.com
mmanghi@cgsh.com

*Counsel for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC*