# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALRIGHT CLAIMS GMBH, | ) <br> ) <br> ) No. 1:24-cv-00929-CFC |
| Plaintiff, | ) <br> ) Removed from: |
| v. | ) <br> ) The Superior Court of the State of |
| BURFORD GERMAN FUNDING LLC, | ) Delaware <br> ) |
| Defendant. | ) C.A. No. N24C-06-263 SKR CCLD <br> ) |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Charles R. Hallinan, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, DE 19801, hereby withdraws his appearance as counsel for Plaintiff. All other counsel of record on behalf of Plaintiff remain in this case.

| | |
|---|---|
| OF COUNSEL:<br><br>Jeffrey A. Rosenthal (*pro hac vice*)<br>Lina Bensman (*pro hac vice*)<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>jrosenthal@cgsh.com<br>lbensman@cgsh.com<br><br>Dated: March 14, 2025 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Jacqueline A. Rogers*<br>    Matthew Fischer (No. 3092)<br>    Jacqueline A. Rogers (No. 5793)<br>    Hercules Plaza<br>    1313 N. Market St.<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    mfischer@potteranderson.com<br>    jrogers@potteranderson.com<br><br>*Counsel for Plaintiff financialright claims GmbH* |

12113395v.1